

NUMBER 13-10-00424-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CARLOS PASOL LEVITAS, AS THE ADMINISTRATOR
OF THE ESTATE OF ALICIA P. LEVITAS, DECEASED,
AND AS THE ADMINISTRATOR OF THE ESTATE
OF SARA PASOL FACTOR, DECEASED,                                    Appellant,

v.

PEDRO L. BARRAZA, MARIA ELENA BARRAZA,
AND BARRAZA FAMILY LIMITED PARTNERSHIP,                  Appellees.

On appeal from the 357th District Court
of Cameron County, Texas.

# MEMORANDUM OPINION

Before Justices Yañez, Garza, and Benavides
Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 357th District Court

of Cameron County, Texas, in cause number 2001-10-4369-E.  Appellant has filed an

unopposed motion to dismiss the appeal on grounds that appellant no longer desires to prosecute this appeal.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
21st day of October, 2010.